# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID DARRELL RUCKER,<br><br>　　　　　Defendant. | Case No. 2:18-mj-00598-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Rucker's Motion for Appointment of Counsel (ECF No. 10), filed on July 24, 2018. Defendant filed his financial affidavit under seal on July 26, 2018 and he is financially unable to employ counsel. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Rucker's Motion for Appointment of Counsel (ECF No. 10) is **granted**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant David Rucker in this matter. Appointed counsel shall enter an appearance in this matter by **August 10, 2018**.

Dated this 27th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1