RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAN COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dan_Coe@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DAVID DARRELL RUCKER,<br><br>           Defendant. | Case No. 2:18-mj-598-GWF<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dan Coe, Assistant Federal Public Defender, counsel for David Darrell Rucker, that the Bench Trial currently scheduled on September 5, 2018 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. New counsel for the defendant is currently being appointed.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 27th day of August, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Dan Coe*  
By_____  
DAN COE  
Assistant Federal Public Defender

DAYLE ELIESON  
Acting United States Attorney

*/s/ Elham Roohani*  
By_____  
ELHAM ROOHANI  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-598-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID DARRELL RUCKER, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled on Wednesday, September 5, 2018 at the hour of 9:00 a.m., be vacated and continued to  October 10, 2018  at the hour of  9:00 a.  .m.

DATED this 28th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE