RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DARRELL RUCKER,<br><br>Defendant. | Case No. 2:18-mj-598-GWF<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for David Darrell Rucker, that the Bench Trial currently scheduled on April 3, 2019 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Rucker requests additional to determine how he wishes to proceed in his case. Additionally, undersigned counsel is scheduled to start trial in *United States v. Hylton*, Case No. 2:17-CR-086-HDM-NJK on Tuesday, April 2, 2019. The trial is expected to take

approximately 4-5 days.  As a result, undersigned counsel also requests a continuance to allow her additional time to prepare for trial if Mr. Rucker decides to proceed with a trial.

    2.     Defendant is not incarcerated and does not object to a continuance.

    3.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 1st day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Linda J. Mott*<br>LINDA J. MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAVID DARRELL RUCKER,

    Defendant.

Case No. 2:18-mj-598-GWF

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Bench Trial currently scheduled on Wednesday, April 3, 2019 at the hour of 9:00 a.m., be vacated and continued to _____May 8, 2019_____ at the hour of ___ 9:00 a. m.

    DATED this __1st__ day of April, 2019.

                                          _/s/ George Foley, Jr._
                                     UNITED STATES MAGISTRATE JUDGE