RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Nevada State Bar No. 10944
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00598-EJY-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK** |
| v. | |
| DAVID DARRELL RUCKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for David Rucker, that the Status Check Hearing currently scheduled on October 1, 2020,[1] be vacated and continued to at least 90 days from the current date.

This Stipulation is entered into for the following reasons:

---

[1] The status check hearing was initially scheduled for Tuesday, September 29, 2020 (ECF 30) but was continued to Thursday, October 1, 2020 pursuant to a general agreement between magistrate judges in the district regarding the handling of misdemeanor status checks during the COVID-19 pandemic.

1. In order to allow Mr. Rucker additional time to complete his requirements, he requests a continuance. He currently owes $965.00 in fines, which is outstanding, in part, due to Mr. Rucker losing employment during the COVID-19 pandemic.

2. The government has agreed to extend the amount of time Mr. Rucker has to complete his requirements.

3. Mr. Rucker is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the status check hearing.

DATED this 30th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By /s/ Robert O'Brien<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By /s/ Rachel Kent<br>RACHEL KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID DARRELL RUCKER,<br><br>  Defendant. | Case No. 2:18-mj-598-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the hearing currently scheduled for October 1, 2020 be vacated and continued to January 12, 2021 at 1:30 p.m. in Courtroom 3D.

DATED this 30th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3