RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Nevada State Bar No. 10944
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Robert_OBrien@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DARRELL RUCKER,<br><br>　　　　Defendant. | Case Nos. 2:18-mj-00598-EJY<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br><br>(SECOND REQUEST) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Robert O'Brien, counsel for David Darrell Rucker that the status hearing previously scheduled for January 12, 2021 at 1:30 p.m. be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Mr. Rucker is currently out of work and needs additional time to make payments.

DATE: January 8, 2021

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Robert O'Brien*<br>By_____<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | */s/ Rachel L. Kent*<br>By_____<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DARRELL RUCKER,<br><br>　　　　Defendant. | Case Nos. 2:18-mj-00598-EJY<br><br>[PROPOSED] ORDER |

### ORDER

Based on the pending Stipulation of counsel, IT IS ORDERED that the status hearing scheduled for January 12, 2021 at 1:30 p.m. be vacated and continued to April 12, 2021 at the hour of 1:30 p.m., in Courtroom 3C.

DATED this 8th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE