RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Darrell Rucker

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID DARREL RUCKER,<br><br>  Defendant. | Case No. 2:18-mj-00598-EJY-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Darrell Rucker, that the Status Check currently scheduled on April 12, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Rucker recently obtained employment, and needs additional time to pay the fine in this case.

2. The defendant is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the third request for a continuance of the status conference.

DATED this 12th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DARRELL RUCKER,<br><br>　　　　　Defendant. | Case No. 2:18-mj-00598-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Status Check currently scheduled for Monday, April 12th, 2021, at 1:30 p.m., be vacated and continued to June 10, 2021 at the hour of 1:30 p.m., in Courtroom 3A.

　　DATED this 12th day of April, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3