RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DARREL RUCKER,<br><br>Defendant. | Case No. 2:18-mj-00598-EJY-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Darrell Rucker, that the Status Check currently scheduled on June 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Rucker recently paid $400 toward his fine and has $565 still outstanding. Mr. Rucker needs additional time to pay the remaining balance.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the Status Check.

DATED this 8th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DARRELL RUCKER,<br><br>　　　　Defendant. | Case No. 2:18-mj-00598-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Status Check currently scheduled for Thursday, June 10th, 2021 at 1:30 p.m., be vacated and continued to September 8, 2021 at the hour of 10:00 a.m. in a courtroom to be determined.

　　DATED this 8th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE