RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Darrell Rucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00598-EJY-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fifth Request) |
| DAVID DARREL RUCKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Darrell Rucker, that the Status Check currently scheduled on September 8, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Rucker lost his previous job and has had difficulty finding more work due to the pandemic.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the Status Check.

DATED this 2nd day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DARRELL RUCKER,

    Defendant.

Case No. 2:18-mj-00598-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the Status Check currently scheduled for Wednesday, September 8, 2021 at 10:00 a.m., be vacated and continued to December 8, 2021 at the hour of 10:00 a.m., in Courtroom 3B.

    DATED this 3rd day of September, 2021.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE